UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SALLY J. HAWKINS,

      Plaintiff,

                                             Case No. 1:05-cv-23

v.

                                             Hon. Richard Alan Enslen

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.                                **ORDER**
_____/

The Court observes that the Consent to Proceed Before a United States Magistrate Judge in a Social Security Case and Order of Reference (Dkt. No. 14), filed on April 15, 2005, was entered in error and is hereby **VACATED**.


Dated in Kalamazoo, MI:                        /s/Richard Alan Enslen
January 26, 2006                             Richard Alan Enslen
                                                  Senior United States District Judge